UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JODI ASTRIKE, | Case No. 3:04-CV-496 |
| Plaintiff, | (Magistrate Judge Horn) |
| -v- | |
| FERNO WASHINGTON, INC., | |
| Defendant. | |

## ORDER

This cause came on and before the Court For Admission of Paul D. Dorger as counsel for Defendant.

IT IS HEREBY ORDERED that attorney Paul D. Dorger be specially admitted to appear *pro hac vice* in the Court for the Defendant in this matter.

IT IS SO ORDERED.

Dated this the 7th day of October, 2005.

CARL HORN, III
U.S. Magistrate Judge